UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────────────

ARTURO ESTEVEZ, INDIVIDUALLY, AND
ON BEHALF OF ALL OTHERS SIMILARLY            21-cv-8998 (JGK)
SITUATED,
                    Plaintiffs,              ORDER

          - against -

CFAP HOLDINGS LLC,
                    Defendant.
───────────────────────────────────────

JOHN G. KOELTL, District Judge:

    The conference scheduled for January 19, 2022 is canceled.

SO ORDERED.
Dated:    New York, New York
          January 14, 2022

                                    /s/ John G. Koeltl
                                    ─────────────────────────
                                        John G. Koeltl
                                    United States District Judge