UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ARTURO ESTEVEZ, individually, and on behalf of all others similarly situated,

        Plaintiff,

- against -

CFAP HOLDINGS LLC,

        Defendant.

21-cv-8998 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

The summons and complaint were served on the defendant on November 19, 2021. ECF No. 5. On December 28, 2021, the Court extended the time to respond to the complaint to January 26, 2022.

The time to respond to the complaint is extended to **March 1, 2022**. Failure to respond to the complaint by this date could result in default judgment being entered against the defendant.

SO ORDERED.
Dated:   New York, New York
        February 14, 2022

                                    /s/ John G. Koeltl
                                    John G. Koeltl
                               United States District Judge